**Order entered June 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00739-CV

**GALLERIA MALL INVESTORS LP, Appellant**

**V.**

**GT DALLAS PROPERTIES, LLC, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-05581**

## ORDER

The Court has before it appellant's June 3, 2013 unopposed motion to abate appeal. The Court **GRANTS** the motion, **ABATES** this appeal for sixty days, and **ORDERS** the parties to submit a status report within sixty days of the date of this order. The Court further **ORDERS** that the clerk's record in this appeal be filed by October 28, 2013.

/s/      ELIZABETH LANG-MIERS
         JUSTICE